UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED HAYES, | Civ. No. 20-5268 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| DAVID ORTIZ, | |
| Respondent. | |

**APPEARANCES**:

Jared Hayes
12889-050
Inmate Mail/Parcels
Fort Dix FCI
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro Se

Craig Carpenito, United States Attorney
Elizabeth Ann Pascal, Assistant United States Attorney
Office of the US Attorney
US Post Office Building
401 Market Street
4th Floor
Camden, NJ 08101

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner Jared Hayes filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 asking for release due to the COVID-19 pandemic, see ECF No. 1; and

    WHEREAS, the Court ordered the United States to answer the

petition within 14 days on May 19, 2020, see ECF No. 8; and

    WHEREAS, Petitioner wrote to the Court on June 1, 2020 requesting additional time to amend his motion for bail in light of the United States' failure to answer, see ECF No. 13; and

    WHEREAS, the United States timely filed its answer on June 2, 2020, see ECF No. 12; and

    WHEREAS, Petitioner's request for additional time was submitted before the answer was due,

    IT IS on this  11th  day of June, 2020

    ORDERED that Petitioner may have until June 26, 2020 to file any response to the answer; and it is finally

    ORDERED that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey            s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.