UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARED HAYES, | Civ. No. 20-5268 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| DAVID ORTIZ, | |
| Respondent. | |

**APPEARANCES**:

Jared Hayes, 12889-050
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner Pro se

Craig Carpenito, United States Attorney
Elizabeth Ann Pascal, Assistant United States Attorney
Office of the U.S. Attorney
401 Market Street
P.O. Box 2098
Camden, NJ 08101

    Counsel for Respondent

**HILLMAN, District Judge**

    WHEREAS, the Court dismissed Petitioner Jared Hayes' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 for failure to exhaust on June 23, 2020, see ECF No. 18; and

    WHEREAS, Petitioner filed two post-judgment motions to

supplement the record, ECF Nos. 19 & 20, and a motion for reconsideration due to newly discovered evidence, ECF No. 21,

THEREFORE, IT IS on this  7th   day of July, 2020

ORDERED that the United States shall file a response to the motions by July 14, 2020; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular mail.


At Camden, New Jersey          s/ Noel L. Hillman
                               NOEL L. HILLMAN, U.S.D.J.